UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60816-CIV-DIMITROULEAS

JUNE GANPAT and RICARDO TONG CHIN,

    Plaintiffs,

vs.

AVENTURE INVESTMENT REALTY, INC., a Florida Corporation, ANDRE PIGUET, an individual, and MYRON BAILEY, an individual,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; DENYING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS

THIS CAUSE is before the Court upon Defendants Aventure Investment Realty, Inc. and Andre Piguet (collectively, "Defendants")'s Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction [DE 53] and the Magistrate Judge's May 7, 2021 Report and Recommendation (the "Report") [DE 67]. The Court has conducted a *de novo* review of the Report, Defendants' Objections to the Report and Recommendation [DE 68], Plaintiffs June Gapat and Ricardo Tong Chin's Response to Defendants' Objections [DE 69], and is otherwise fully advised in the premises.

Having carefully considered Defendants' Objections, and having reviewed the arguments and relevant case law, the Court overrules the Objections. The Court agrees with the analysis and conclusions set forth in Magistrate Judge Snow's very thorough and detailed Report.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 67] is hereby **APPROVED**;

2. Defendants' Objections [DE 68] are **OVERRULED**;

3. Defendants' Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction [DE 53] is hereby **DENIED** as to Part I -- Defendants' Motion to Dismiss for Insufficient Service of Process pursuant to Federal Rules of Civil Procedure 4(m) and 12(b)(5);

4. Defendants Aventure Investment Realty, Inc. shall respond to the Complaint on or before **July 20, 2021**, or an entry of default will be entered against it;

5. The Court will enter a separate Order as to Part II – Defendant Andre Piguet's Motion to Dismiss for Lack of Personal Jurisdiction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of July, 2021.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record